# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRUDUP,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. WARD, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:10-CV-00934-AWI-DLB PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEO CONFERENCE<br><br>(DOC. 21) |

　　　Plaintiff Michael Crudup ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 23, 2011, Defendants filed a request for permission to conduct Plaintiff's deposition via video conference. Plaintiff has not filed an opposition to Defendant's request. Under Federal Rule of Civil Procedure 30(b)(4), the Court may order that a deposition be taken by remote means. Defendants' counsel contends that permitting video conference deposition would eliminate unnecessary travel expenses. Based on the foregoing, it is HEREBY ORDERED that Defendants' request for permission to conduct Plaintiff's deposition via video conference is GRANTED. Nothing in this order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

　　　IT IS SO ORDERED.

　　　Dated:　　**November 8, 2011**　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE