# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRUDUP,<br><br>        Plaintiff,<br><br>    v.<br><br>J. WARD, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-CV-00934-AWI-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO COMPEL<br><br>(DOC. 20)<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

     Plaintiff Michael Crudup ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants J. Ward and M. Jericoff. Pending before the Court is Defendants' motion to compel, filed September 16, 2011. Doc. 20. As of the date of this order, Plaintiff has not filed an opposition or statement of non-opposition, as required by Local Rule 230(l).

     Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition to Defendants' motion to dismiss within twenty-one (21) days from the date of service of this order. Failure to timely file an opposition will be construed as waiver of the opportunity to file opposition, and may result in dismissal of this action for failure to obey a court order.

     IT IS SO ORDERED.

    **Dated:   November 8, 2011**             /s/ **Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE