# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRUDUP,<br><br>        Plaintiff,<br><br>    v.<br><br>J. WARD, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:10-CV-00934-AWI-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO COMPEL (DOC. 29)<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

    Plaintiff Michael Crudup("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendant M. Jericoff for excessive force in violation of the Eighth Amendment.

    Pending before the Court is Defendant's motion to compel, filed January 5, 2012.  Doc. 29.  As of the date of this order, Plaintiff has not filed an opposition or statement of non-opposition as required by Local Rule 230(l).  Accordingly, it is HEREBY ORDERED that Plaintiff is to file a response to Defendant's motion to compel within twenty-one (21) days from the date of service of this order.  Failure to timely respond or otherwise comply will result in waiver of the opportunity to file an opposition.

    IT IS SO ORDERED.

    **Dated:**  **February 22, 2012**            **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE