# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CRUDUP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. JERICOFF, et al.,<br><br>　　　　Defendants. | Case No. 1:10-cv-00934-AWI-DLB PC<br><br>**ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**ECF No. 35** |

　　　　Plaintiff Michael Crudup ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant M. Jericoff for excessive force in violation of the Eighth Amendment. Pending before the Court is Defendant's motion for summary judgment, filed March 23, 2012. ECF No. 35. As of the date of this order, Plaintiff has not filed an opposition or statement of non-opposition, as required by Local Rule 230(l).

　　　　Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition or statement of non-opposition to Defendant's motion for summary judgment within **twenty-one (21) days** from the date of service of this order. Failure to timely file an opposition will be construed as waiver of the opportunity to file opposition, and failure to respond may result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

　　Dated:　**September 13, 2012**　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1